AO 91 (Rev. 11/11) Criminal Complaint  AUSA: Bragdon Willms  Telephone: (313) 226-9621
Officer: Monica Alaez  Telephone: (313) 394-5447

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Donovan HAUGHTON
AKA
David Leroy CHAMBERS

Case No.

Case: 2:20–mj–30517
Assigned To : Unassigned
Assign. Date : 12/11/2020
Description: RE: DONOVAN HAUGHTON (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 5, 2019__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, united States Code, section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about November 5, 2020 in the Eastern District of Michigan, Southern Division, Donovan HAUGHTON, an alien from Jamaica, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about November 3, 1986 via Miami, Florida and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Monica Alaez, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Judge's signature

Date: December 11, 2020
City and state: Detroit, Michigan

David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Monica Alaez, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since March 2009. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the immigration records and system automated data relating to Donovan HAUGHTON, which reveal the following:

2. Donovan HAUGHTON also known as David Leroy CHAMBERS is a sixty-four-year-old citizen and a native of Jamaica who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On October 21, 1975 the former Immigration Naturalization Services (INS) encountered HAUGHTON in Rikers Island Jail, New York after New York City Police Department arrested HAUGHTON for assault. On October 22, 1975 INS served HAUGHTON Form I-221 – Order to Show Cause (OSC). There is no disposition currently available from this OSC.

4. On May 29, 1981 INS served an OSC on HAUGHTON at Detroit, Michigan. On June 17, 1981 the Immigration Judge in Detroit, Michigan ordered HAUGHTON deported from the United States to Jamaica. On June 30, 1981, a U.S. Magistrate for the U.S. District Court in the Eastern District of Michigan- Southern Division, found HAUGHTON extraditable to Canada pursuant to a warrant for attempted murder. On July 30, 1981 the Toronto Police Department took custody of HAUGHTON and extradited him to Canada.

5. On May 1, 1986 INS served an OSC on HAUGHTON at Cleveland, Ohio.

6. On August 20, 1986, the Common Pleas Court Cuyahoga County, Ohio convicted HAUGHTON for trafficking drugs (cocaine) and he was sentenced

1

to 18 months in jail, sentenced suspended HAUGHTON was placed on probation for 2 years.

7. On August 20, 1986 the INS served HAUGHTON Form I-261, adding additional charges of deportability. On the same day the Immigration Judge in Cleveland, Ohio ordered HAUGHTON deported from the United States to Jamaica. On November 3, 1986, HAUGHTON was removed from the United States to Jamaica via Miami, Florida.

8. On November 15, 1991 the Union County Superior Court, New Jersey convicted HAUGHTON of Marijuana and he was sentenced to 364 days in jail.

9. On November 6, 2020, ICE ERO Detroit placed a detainer on a previous removed alien, Donovan HAUGHTON who was being housed at Oakland County Jail with pending controlled substance possess (heroin) charges. On November 9, 2020, Detroit ICE ERO Officer transported HAUGHTON to the Detroit ICE field office and served him with a Notice of Intent /Decision to Reinstate prior order. ICE searched his fingerprints in the ICE / FBI systems resulting in a positive match for Donovan HAUGHTON, DOB XX/XX/1956, AXXX XXX 386, a previously removed alien.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. On November 9, 2020, ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Donovan HAUGHTON, AXXX XXX 386, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

12. Based on the above information, I believe there is probable cause to conclude that Donovan HAUGHTON, is an alien who was found in or reentered the United States after deportation or removal, without the express permission

from the Attorney General of the United States or from the Secretary of the Department of Homeland Security in violation of Title 8, United States Code, Section 1326(a).

_____
Monica Alaez, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
David R. Grand
United States Magistrate Judge
December 11, 2020